UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
CASE NO. 15-2976

| | |
|---|---|
| EYMARDE LAWLER<br><br>Plaintiff-Appellant<br><br>v.<br><br>PEORIA SCHOOL DISTRICT NO. 150,<br>an Illinois Local Governmental Entity<br><br>Defendant-Appellee | Appeal from Judgment of the<br>United States District Court for<br>the Central District of Illinois<br>Peoria Division<br><br>Case No. 12-1299<br><br>Honorable James E. Shadid<br>United States District Judge |

**PLAINTIFF-APPELLANT'S MOTION TO EXTEND TIME TO
FILE BRIEF & SHORT APPENDIX TO TUESDAY, FEBRUARY 9, 2016**

Now comes the Plaintiff-Appellant, Eymarde Lawler, by Richard L. Steagall, her attorney and states the following:

1.  Plaintiff's counsel was unable to complete the brief by the January 19, 2016 due date.

2.  He had to prepare for a mediation and complete two extension settlement negotiations during the week of January 4, 2016. He had a mediation in Rock Island on Tuesday, January 12, 2016. *McCullough v. Blackwell Motors*, C.D.Ill. Case No. 14-1455.

3.  A summary judgment motion was denied on January 5, 2016. Judge Gilbert directed the parties set a mediation before the Magistrate Judge before he ruled

1

on a what actual damages are recoverable in the Fair Debt Collection Act and Illinois Consumer Fraud Act action arissing out of the servicing company to a mortgage. That required he meet with his client – after some time as his spouse is recovering from radiation therapy and requires IV fluids at the hospital five days a week – on Janaury 13 & 14, 2015. Judge Gilbert has held the parties to a February 1, 2016 trial setting which will be extended once the mediation is set. I am now in a position to submit a settlement demand and schedule the mediation.

4. He expended Friday, January 15, 2016 and the weekend answering extension follow up questions from Retired Magistrate Judge Byron Cudmore who is mediating a complex case on Tuesday, January 26, 2016. *Sterling v. Growmark*, C.D.Ill 14-1331.

5. I did not anticipate the January 5, 2016 summary judgment order and the time required to prepare for the mediation in *Cook*. That plus the extended time with a difficult client in the *Sterling* case left me with insufficient time to complete the brief. I apologize for this unforeseen matter that delayed the completion of the brief.

WHEREFORE, Plaintiff-Appellant, Eymarde Lawler, prays the Court enter an Order extending the time for filing Plaintiff-Appellant's Brief to Tuesday, February 9, 2016.

Respectfully submitted,

s/ Richard L. Steagall  
RICHARD L. STEAGALL,  
Attorney for the Plaintiff

2

## DECLARATION

      Richard L. Steagall under penalty of perjury as provided under 28 U.S.C. § 1367 states the matters contained in this document are true to the best of his own personal knowledge.

      Executed on January 19, 2016 in Peoria, Illinois.

                                            s/ Richard L. Steagall
                                            RICHARD L. STEAGALL

## CERTIFICATE OF SERVICE

      I hereby certify that on **January 19, 2016**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of record set forth below:

Mr. Stanley B. Eisenhammer
Ms. Pamela E. Simaga
Hodges, Loizzi, Eisenhammer,
Rodick & Kohn LLP
3030 Salt Creek Lane, Suite 202
Arlington Heights, IL 60005
(847) 670-9000
(847) 670-7334 (fax)
seisenhammer@hlerk.com
psimaga@hlerk.com

                                            s/Richard L. Steagall
                                            RICHARD L. STEAGALL


RICHARD L. STEAGALL
Steagall Law Offices
Commerce Building
416 Main Street Suite 815
Peoria, IL 61602-1103
Tel: 309-674-6085
Fax: 309-674-6032
nicsteag@mtco.com